Rob Bonta, State Bar No. 202668
Attorney General of California
Joanna B. Hood, State Bar No. 264078
Supervising Deputy Attorney General
Joshua S. Shuster, State Bar No. 297307
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6333
 Fax:  (916) 761-3641
 E-mail:  Joshua.Shuster@doj.ca.gov
*Attorneys for Defendants*
*C. Pierce and R. Meier (Ret.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTWONE STOKES,** | 2:19-cv-02496-AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **MEIER, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants' Request for Continued Temporary Stay of Case Pending the Outcome of Settlement Negotiations is Granted. If the parties fail to reach a settlement, the Court will reset the deadline for Defendants' responsive pleading at that time.

IT IS SO ORDERED.

Dated: September 7, 2021

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE