IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWONE STOKES,** | Case No. 2:19-cv-02496-AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **MEIER, et al.,** | |
| Defendants. | |

Defendants' Request to Continue Settlement Conference and for Continued Temporary Stay of Case Pending the Outcome of Settlement Negotiations (ECF No. 27) is GRANTED.

It is further ordered that defense counsel shall provide an update to the court on plaintiff's custody status within sixty days of the issuance of this order. Furthermore, plaintiff shall file a Notice of Change of Address within fourteen days of any change to his custody status.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE