UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | No. 2:19-cv-2496 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROSS MEIER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has submitted a letter indicating confusion about the continuance of a settlement conference previously scheduled for November 16, 2021. ECF No. 29. Plaintiff is informed that on October 22, 2021, both the settlement conference and the temporary stay of litigation in this case were continued. ECF No. 28. Because it appears that plaintiff may not be receiving documents filed in this case in a timely manner – if at all – the court will direct the Clerk of Court to send plaintiff the most recently filed documents as well as a copy of the docket report.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send plaintiff copies of the following:

1. Docket items ECF Nos. 27 and 28; and
2. ////

2. A copy of the docket report for this case.

DATED: December 6, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE