UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>           Plaintiff,<br><br>     v.<br><br>ROSS MEIER, et al.,<br><br>           Defendants. | No.  2:19-cv-2496 AC P<br><br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2022, a settlement conference was held.  ECF Nos. 32, 36.  The case did not settle.  See ECF No. 36.  Accordingly, the stay previously imposed is hereby lifted and a deadline will be set for responsive pleading.  See ECF No. 23.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, Defendants shall file an answer to the complaint.

DATED: March 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE