UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSS MEIER, et al.<br><br>　　　　Defendants. | No. 2:19-cv-2496 AC P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se in this civil rights action, has written to the court asking that he be sent subpoena forms for his anticipated trial witnesses. ECF No. 41. The court construes plaintiff's letter as a motion for subpoenas. For the reasons stated below, the request will be denied.

　　Plaintiff requests subpoena forms with which to direct certain prison officials to testify at trial. He also moves to subpoena certain cameras in the medical building at California State Prison – Sacramento ("CSP-Sacramento"), and to be provided the names of certain correctional officers. To the extent that plaintiff seeks the production of witnesses for trial, the motion is premature. This case is in the discovery phase, and it remains to be seen whether the matter will proceed to trial. The procedures for obtaining the appearance of trial witnesses are specified in the Discovery and Scheduling Order, ECF No. 39 at 4. As explained in that order, plaintiff may obtain blank subpoena forms from the Clerk of Court for unincarcerated witnesses who refuse to

testify voluntarily, but these subpoenas must be completed and submitted for service no earlier than four weeks before trial. <u>Id.</u> No trial date has been set, so such subpoenas are not available at this time.

To the extent that plaintiff seeks evidence related to his claims, he must utilize the tools of discovery provided in the Federal Rules of Civil Procedure. Rule 34 provides for the production of documents, electronically stored information, and tangible things; this rule covers video evidence. Plaintiff also seeks the full names of certain individuals. Rule 33 provides for interrogatories to parties; these are written questions to which the responding party must provide written answers. As specified in the Discovery and Scheduling Order, discovery requests such as requests for production and interrogatories should not be filed with the court but only served on the party from whom discovery is sought. <u>See</u> ECF No. 39 at 5. Discovery is open until August 26, 2022. If plaintiff makes discovery requests under the Federal Rules and is unsatisfied with the response, he may file a motion to compel by that date. <u>Id.</u>

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for subpoenas, ECF No. 41, is DENIED as premature.

DATED: June 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE