IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWONE STOKES,** | Case No. 2:19-cv-02496 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **MEIER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's Ex Parte Application to Modify the Order Re: Discovery Cut-Off Date and Dates for Filing Motions (ECF No. 43) is GRANTED. The deadline to conduct Plaintiff's deposition shall be extended by ninety days, up to and including November 24, 2022. All other discovery shall remain closed after the discovery cut-off. The pretrial motion deadline, including dispositive motions, shall be extended by ninety days, up to and including February 16, 2023.

IT IS SO ORDERED.

Dated: August 31, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE