IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWONE STOKES,** | Case No. 2:19-cv-02496 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **MEIER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Third Ex Parte Application to Modify the Order Re: Discovery Cut-Off Date and Dates for Filing Motions is granted. The deadline to conduct Plaintiff's deposition shall be extended by ninety days, up to and including May 23, 2023. All other discovery shall remain closed. The pretrial motion deadline, including dispositive motions, shall be extended by ninety days, up to and including August 15, 2023.

IT IS SO ORDERED.

Dated: March 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE