IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWONE STOKES,** | Case No. 2:19-cv-02496 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **MEIER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Fourth Ex Parte Application to Modify the Order Re: Discovery Cut-Off Date and Dates for Filing Motions (ECF No. 53) is GRANTED. The deadline to conduct Plaintiff's deposition shall be extended by sixty days, up to and including July 24, 2023. All other discovery shall remain closed. The pretrial motion deadline, including dispositive motions, shall be extended by sixty days, up to and including October 16, 2023.[1]

IT IS SO ORDERED.

DATED: May 24, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the July 22, 2023, and October 14, 2023, deadline dates requested by defendants fall on weekends, the court has adjusted these dates to the following Mondays. See Fed. R. Civ. P. 6(a)(1)(C).