IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWONE STOKES,** | Case No. 2:19-cv-02496 AC |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS'** |
| | **MOTION TO STAY THE CASE** |
| **MEIER, et al.,** | |
| Defendants. | |

  Plaintiff is a former state inmate currently in custody at the Los Angeles County Men's Jail. He is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is defendants' motion for a stay of these proceedings. ECF No. 59.

  Defendants' motion indicates that plaintiff has been incarcerated in county jail since March 2022, hampering the parties' ability to meaningful litigate this case. See ECF Nos. 43-51, 53-57. Specifically, the Men's County Jail cannot accommodate remote depositions and defendants have been unable to locate court reporters to facilitate an in-person deposition, despite informing the court that they have attempted to do so on no less than five occasions.

  The Court agrees that, at this time, a stay of all deadlines is appropriate to preserve this court's and the parties' resources until such time as plaintiff is released from county jail or

1

[Proposed] Order Granting Defs.' Mot. to Stay  (2:19-cv-02496-AC)

transferred to the custody of the California Department of Corrections and Rehabilitation (CDCR).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for a stay (ECF No. 59) is granted.
2. The Clerk of Court shall administratively stay this case pending further order of the court.
3. All pending deadlines are hereby vacated and will be reset after the stay of these proceedings is lifted.
4. Plaintiff is directed to file a status report with this court every six months indicating his custody status and any pending court dates in the Los Angeles County Superior Court. Plaintiff's first status report is due no later than May 3, 2024.
5. Plaintiff is further ordered to file a notice of change of address immediately upon his release from county jail or transfer to CDCR custody.

DATED: November 2, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defs.' Mot. to Stay  (2:19-cv-02496-AC)