UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | No. 2:19-cv-02496 AC |
| Plaintiff, | |
| v. | ORDER |
| ROSS MEIER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 1, 2024, plaintiff filed a single page motion for videotape evidence to be produced as well as for two correctional officers to appear at trial. ECF No. 64. Defendants have not filed a response and the time to do so has expired.

A review of the docket indicates that the deadlines for motions to compel was extended to July 3, 2024. ECF No. 63. The court will liberally construe plaintiff's pleading as a motion to compel videotape evidence from defendants. So construed, the motion is denied as it fails to comply with Rule 37 of the Federal Rules of Civil Procedure. More specifically, plaintiff does not indicate whether he ever requested such videotapes from defendants in discovery and whether they failed to respond to such a discovery request. See Fed. R. Civ. P. 37(a)(3)(B). Absent such information, the court is in no position to compel defendants to produce this videotape evidence. Therefore, plaintiff's motion to compel is denied without prejudice to refiling in accordance with

the terms of Rule 37 of the Federal Rules of Civil Procedure.

To the extent that plaintiff is requesting witness subpoenas for trial, plaintiff's motion is denied as premature. No trial date has been set in this case. As outlined in the court's Discovery and Scheduling Order of April 19, 2022, plaintiff may request the attendance of unincarcerated witnesses such as correctional officers by completing and submitting a subpoena for service by the United States Marshal "not earlier than four weeks and not later than two weeks before trial." ECF No. 39 at 4. Such subpoena must be accompanied by a money order made payable to the witness for travel expenses plus a daily witness fee of $40.00. ECF No. 39 at 4. When a trial date is set in this action, plaintiff may submit the subpoenas for these witnesses in accordance with the terms of the Discovery and Scheduling Order governing this case. For this reason, plaintiff's motion for subpoenas is denied without prejudice to refiling.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel and motion for trial witnesses (ECF No. 64) is denied without prejudice.

DATED: June 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE